Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**

|  |  |
|---|---|
| UNIVERSAL TUBE AND PLASTIC INDUSTRIES, LTD., THL TUBE AND PIPE INDUSTRIES LLC, AND KHK SCAFFOLDING AND FORMWORK LLC, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | SUMMONS <br><br> Court No. 23-00113 |

TO:   The Attorney General and the Department of Commerce

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Mario Toscano
Mario Toscano
Clerk of the Court

1. (Name and standing of plaintiff): Plaintiffs, Universal Tube and Plastic Industries, Ltd.; THL Tube and Pipe Industries LLC; and KHK Scaffolding and Formwork LLC (collectively, "Universal"), are foreign producers and exporters of subject merchandise, circular welded carbon-quality steel pipe. Therefore, Plaintiffs are interested parties within the meaning of 19 U.S.C. § 1677(9)(A). Plaintiffs were parties in the United States Department of Commerce's ("Commerce's") administrative review of the antidumping duty order on *Circular Welded Carbon-Quality Steel Pipe from the United Arab Emirates* (Case No. A-520-807) for the period of review December 1, 2020 through November 30, 2021. Plaintiffs have standing to bring this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

2. (Brief description of contested determination): Plaintiffs contest certain aspects of Commerce's final results in *Circular Welded Carbon-Quality Steel Pipe from the United Arab Emirates: Final Results of Antidumping Duty Administrative Review; 2020–2021*. Commerce issued final results calculating an individual antidumping duty margin for the

collective Universal entity.  This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(B)(iii) and 28 U.S.C. § 1581(c).

3. (Date of contested determination):  Commerce issued its final results on April 27, 2023.

4. (If applicable, date of publication in Federal Register of notice of contested determination): Commerce published its final results of administrative review in the *Federal Register* on May 4, 2023 (88 Fed. Reg. 28483).

                      Respectfully submitted by:

                      Robert G. Gosselink
                      Jonathan M. Freed
                      MacKensie R. Sugama

                      TRADE PACIFIC PLLC
                      700 Pennsylvania Avenue, SE
                      Suite 500
                      Washington, DC  20003
                      Tel:  (202) 223-3760
                      Fax:  (202) 223-3763
                      Email:  rgosselink@tradepacificlaw.com

                      *Counsel to Universal Tube and Plastics Indus., Ltd. et al. Plaintiffs*

/s/ Robert G. Gosselink
Signature of Plaintiff's Attorney


June 5, 2023
Date

**Form 3-2**

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the Clerk of the Court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served:

<u>On behalf of the United States</u>
Attorney-in-Charge
UNITED STATES DEPARTMENT OF JUSTICE
Commercial Litigation Branch
International Trade Field Office
26 Federal Plaza
Room 346
New York, NY  10278

Supervising Attorney
Commercial Litigation Branch
Civil Division
UNITED STATES DEPARTMENT OF JUSTICE
1100 L Street, N.W.
Washington, DC  20530

<u>On behalf of the U.S. Department of Commerce</u>
Office of the Chief Counsel
for Enforcement & Compliance
U.S. DEPARTMENT OF COMMERCE
14th Street & Constitution Avenue, N.W.
Washington, DC  20230

General Counsel
U.S. DEPARTMENT OF COMMERCE
14th Street & Constitution Avenue, N.W.
Washington, DC 20230

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)