# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **UNIVERSAL TUBE AND PLASTIC INDUSTRIES, LTD., THL TUBE AND PIPE INDUSTRIES, LLC, and KHK SCAFFOLDING & FORMWORK, LLC,**<br><br>**Plaintiffs,**<br>**v.**<br><br>**UNITED STATES,**<br><br>**Defendant,**<br>**and**<br><br>**WHEATLAND TUBE COMPANY,**<br><br>**Defendant-Intervenor.** | **Before: Jennifer Choe-Groves, Judge**<br><br>**Court No. 23-00113** |

## JUDGMENT

This case having been duly submitted for decision, and the Court, after due deliberation, having rendered a decision; now therefore, in conformity with said decision, it is hereby

**ORDERED** that the U.S. Department of Commerce's final determination in Circular Welded Carbon-Quality Steel Pipe from the United Arab Emirates, 88 Fed. Reg. 28,483 (Dep't of Commerce May 4, 2023) (final results of antidumping duty administrative review; 2020–2021), as amended, Final Results of Redetermination Pursuant to Court Remand, ECF No. 39-1, Final Results of

Redetermination Pursuant to Court Remand, ECF No. 58-1, are sustained; and it is further

**ORDERED** that judgment is entered for Defendant United States.

/s/ Jennifer Choe-Groves
Jennifer Choe-Groves, Judge

Dated: August 19, 2026
New York, New York